# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1875
_____

BRUCE O. FOUNTAIN,

Appellant,

v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,

Appellee.

_____

On appeal from the Construction Industry Licensing Board.
Christopher M. Cobb, Chair.

July 17, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Layla K. McDonald of Anderson Law Group, Clearwater, for Appellant.

Jason L. Maine, General Counsel, Ian Brown, Chief Attorney, and Charles T. Collette, Assistant General Counsel, Department of Business and Professional Regulation, Tallahassee, for Appellee.